# EXHIBIT A

 **CT Corporation**

**Service of Process Transmittal**
10/22/2021
CT Log Number 540464947

**TO:** Greg Stevens
Radius Global Solutions LLC
9550 REGENCY SQUARE BLVD STE 500
JACKSONVILLE, FL 32225-8169

**RE:** **Process Served in Illinois**

**FOR:** Radius Global Solutions LLC  (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | MARY SANCHEZ, individually, and on behalf of all others similarly situated vs. Radius Global Solutions LLC |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 20212003493 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/22/2021 at 03:22 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/22/2021, Expected Purge Date: 10/27/2021<br><br>Image SOP<br><br>Email Notification,  Greg Stevens  greg.stevens@radiusgs.com<br><br>Email Notification,  Valerie Bartosh  valerie.bartosh@radiusgs.com<br><br>Email Notification,  Martha Bradley  martha.bradley@radiusgs.com<br><br>Email Notification,  Renee Bogar  renee.bogar@radiusgs.com<br><br>Email Notification,  Lori Schmitt  lschmitt@sessions.legal<br><br>Email Notification,  Diana Orellana  dorellana@sessions.legal<br><br>Email Notification,  Donielle Lambert  dlambert@sessions.legal |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>877-467-3525<br>SmallBusinessTeam@wolterskluwer.com |

 CT Corporation

**Service of Process Transmittal**
10/22/2021
CT Log Number 540464947

**TO:**   Greg Stevens
Radius Global Solutions LLC
9550 REGENCY SQUARE BLVD STE 500
JACKSONVILLE, FL 32225-8169

**RE:**   **Process Served in Illinois**

**FOR:**   Radius Global Solutions LLC   (Domestic State: MN)

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**           Fri, Oct 22, 2021

**Server Name:**    Sheriff Drop

| | |
|---|---|
| Entity Served | Radius Global Solutions, LLC |
| Case Number | 20212003493 |
| Jurisdiction | IL |



This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

**STATE OF ILLINOIS
CIRCUIT COURT**

Cook **COUNTY**

**SUMMONS**

*For Court Use Only*

**\* 5 0 1 1 2 9 8 3 \***

FILED
10/12/2021 12:00 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20212003493

15154764

| **Instructions ▼** |
|---|

Enter above the county name where the case was filed.

MARY SANCHEZ
**Plaintiff / Petitioner** *(First, middle, last name)*

Enter your name as Plaintiff/Petitioner.

v.

Enter the names of all people you are suing as Defendants/ Respondents.

RADIUS GLOBAL SOLUTIONS, LLC
**Defendant / Respondent** *(First, middle, last name)*

20212003493

**Case Number**

Enter the Case Number given by the Circuit Clerk.

☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)*

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| In **1a**, enter the name and address of a Defendant/ Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1.** **Defendant/Respondent's address and service information:**<br> a. Defendant/Respondent's primary address/information for service:<br> Name *(First, Middle, Last):* Radius Global Solutions, LLC<br> Registered Agent's name, if any: CT Corporation System<br> Street Address, Unit #: 208 S. LaSalle Street, Suite 814<br> City, State, ZIP: Chicago, Illinois 60604<br> Telephone: _____ Email: _____ |
|---|---|
| In **1b**, enter a second address for Defendant/ Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br> Name *(First, Middle, Last):* _____<br> Street Address, Unit #: _____<br> City, State, ZIP: _____<br> Telephone: _____ Email: _____ |
| In **1c**, check how you are sending your documents to Defendant/ Respondent. | c. Method of service on Defendant/Respondent:<br> ☑ Sheriff ☐ Sheriff outside Illinois: _____<br> *County & State*<br> ☐ Special process server ☐ Licensed private detective |

FILED DATE: 10/12/2021 12:00 AM  20212003493

Enter the Case Number given by the Circuit Clerk: 2021 _____

FILED DATE: 10/12/2021 12:00 AM 20212003493

**2. Information about the lawsuit:**

In **2**, enter the amount of money owed to you.

Amount claimed: $ _____

* 5 0 1 1 2 9 8 3 *

**3. Contact information for the Plaintiff/Petitioner:**

In **3**, enter your complete address, telephone number, and email address, if you have one.

Name *(First, Middle, Last)*: Mary Sanchez c/o Sulaiman Law Group, Ltd.

Street Address, Unit #: 2500 S. Highland Ave., Ste. 200

City, State, ZIP: Lombard, Illinois 60148

Telephone: (630) 575-8180          Email: pleadings@sulaimanlaw.com

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| Important information for the person getting this form | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|

**4. Instructions for person receiving this *Summons* (Defendant):**

Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**.

☐ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:

Address: _____

City, State, ZIP: _____

In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.*

☑ b. Attend court:

On: 02/18/2022        at 9:00        ☑ a.m. ☐ p.m. in 0205

      *Date*                  *Time*                       *Courtroom*

**In-person at:**

In **4b**, fill out:
• The court date and time the clerk gave you.
• The courtroom and address of the court building.
• The call-in or video information for remote appearances (if applicable).
• The clerk's phone number and website. All of this information is available from the Circuit Clerk.

  *Courthouse Address*       *City*                              *State*        *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone: 312-626-6799

      *Call-in number for telephone remote appearance*

By video conference: https://zoom.is/

      *Video conference website*

ZOOM ACCESS CODE: 938 4189 3012      PASSWORD: 104531

  *Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: (847) 470-7200 _____ or visit their website

      *Circuit Clerk's phone number*

at: http://www.cookcountycourt.org/ _____ to find out more about how to do this.

  *Website*

| STOP! The Circuit Clerk will fill in this section. | **Witness this Date:** _____ |
|---|---|

**Clerk of the Court:** 10/12/2021 12:00 AM IRIS Y. MARTINEZ

| STOP! The officer or process server will fill in the Date of Service. | **This *Summons* must be served within 30 days of the witness date.** |
|---|---|

Date of Service: _____

  *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

This form is approved by the Illinois Supreme Court and is required to be accepted in all

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>Cook _____ COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only<br>* 5 0 1 1 2 9 8 3 * |
|---|---|---|

**FILED DATE:** 10/12/2021 12:00 AM 20212003493

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | **MARY SANCHEZ**<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br><br>**RADIUS GLOBAL SOLUTIONS, LLC**<br>**Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | 20212003493<br>**Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

My name is _____ and I state
_____ *First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ as follows:
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:
        Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address, Unit#: _____
        City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family
        member or lives there:
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address, Unit#: _____
        City, State, ZIP: _____
        And left it with: _____
                *First, Middle, Last*
        Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
        and by sending a copy to this defendant in a postage-paid, sealed envelope to the
        above address on _____ , 20 _____ .

    ☐ On the Corporation's agent, _____
                      *First, Middle, Last*
        Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
        On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
        Address: _____
        City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk: 2021 ‖‖‖‖‖‖

\* 5 0 1 1 2 9 8 3 \*

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____

*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

2.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

3.  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    Other information about service attempt: _____
    _____
    _____
    _____

| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

**By:**                                                                    **FEES**

| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | _____
*Signature by:*  ☐ Sheriff
                 ☐ Sheriff outside Illinois
                 _____
                 *County and State*
                 ☐ Special process server
                 ☐ Licensed private detective | Service and Return: $ _____
Miles _____  $ _____
Total             $ 0.00 |

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

FILED DATE: 10/12/2021 12:00 AM    20212003493

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

| STATE OF ILLINOIS<br>CIRCUIT COURT<br><u>Cook</u> COUNTY | **SUMMONS** | *For Court Use Only*<br>\* 5 0 1 1 2 9 8 3 \*<br>FILED<br>10/12/2021 12:00 AM<br>IRIS Y. MARTINEZ<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>20212003493<br><br>15154764 |
|---|---|---|

FILED DATE: 10/12/2021 12:00 AM 20212003493

| **Instructions ▼** | | |
|---|---|---|
| Enter above the county name where the case was filed. | MARY SANCHEZ<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Enter the names of all people you are suing as Defendants/Respondents. | RADIUS GLOBAL SOLUTIONS, LLC<br>**Defendant / Respondent** *(First, middle, last name)* | 20212003493<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1ˢᵗ Summons issued for this Defendant.)* | |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons,* or *Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| | | |
|---|---|---|
| In **1a**, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1.** **Defendant/Respondent's address and service information:**<br>a. Defendant/Respondent's primary address/information for service:<br>Name *(First, Middle, Last)*:  Radius Global Solutions, LLC<br>Registered Agent's name, if any:  CT Corporation System<br>Street Address, Unit #:  208 S. LaSalle Street, Suite 814<br>City, State, ZIP:  Chicago, Illinois 60604<br>Telephone: _____ Email: _____ | |
| In **1b**, enter a second address for Defendant/Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name *(First, Middle, Last)*: _____<br>Street Address, Unit #: _____<br>City, State, ZIP: _____<br>Telephone: _____ Email: _____ | |
| In **1c**, check how you are sending your documents to Defendant/Respondent. | c. Method of service on Defendant/Respondent:<br>☑ Sheriff  ☐ Sheriff outside Illinois: _____<br>*County & State*<br>☐ Special process server  ☐ Licensed private detective | |

Page 1 of 4  (06/21)

Enter the Case Number given by the Circuit Clerk: 2021

* 5 0 1 1 2 9 8 3 *

FILED DATE: 10/12/2021 12:00 AM 20212003493

| | |
|---|---|
| In **2**, enter the amount of money owed to you. | **2. Information about the lawsuit:**<br>Amount claimed: $ _____ |
| In **3**, enter your complete address, telephone number, and email address, if you have one. | **3. Contact information for the Plaintiff/Petitioner:**<br>Name *(First, Middle, Last):* Mary Sanchez c/o Sulaiman Law Group, Ltd.<br>Street Address, Unit #: 2500 S. Highland Ave., Ste. 200<br>City, State, ZIP: Lombard, Illinois 60148<br>Telephone: (630) 575-8180          Email: pleadings@sulaimanlaw.com |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*.<br>To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |

| | |
|---|---|
| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4. Instructions for person receiving this *Summons* (Defendant):**<br>☐ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:<br>Address: _____<br>City, State, ZIP: _____ |
| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.* | ☑ b. Attend court:<br>On: 02/18/2022          at 9:00          ☑ a.m. ☐ p.m. in 0205<br>         *Date*                    *Time*                              *Courtroom*<br>**In-person at:**<br><br>_____<br>*Courthouse Address        City                              State        ZIP* |
| In **4b**, fill out:<br>• The court date and time the clerk gave you.<br>• The courtroom and address of the court building.<br>• The call-in or video information for remote appearances (if applicable).<br>• The clerk's phone number and website. All of this information is available from the Circuit Clerk. | OR<br>**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):<br>By telephone: 312-626-6799<br>         *Call-in number for telephone remote appearance*<br>By video conference: https://zoom.is/<br>         *Video conference website*<br>ZOOM ACCESS CODE: 938 4189 3012     PASSWORD: 104531<br>         *Video conference log-in information (meeting ID, password, etc.)*<br>Call the Circuit Clerk at: (847) 470-7200          or visit their website<br>         *Circuit Clerk's phone number*<br>at: http://www.cookcountycourt.org/          to find out more about how to do this.<br>         *Website* |

| | |
|---|---|
| **STOP!**<br>The Circuit Clerk will fill in this section. | **Witness this Date:** _____ |
| | **Clerk of the Court:** 10/12/2021 12:00 AM IRIS Y. MARTINEZ |
| **STOP!**<br>The officer or process server will fill in the Date of Service. | **This *Summons* must be served within 30 days of the witness date.** |
| | Date of Service: _____<br>*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* |



This form is approved by the Illinois Supreme Court and is required to be accepted in all

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>Cook _____ COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | *For Court Use Only*<br>* 5 0 1 2 9 8 3 * |
|---|---|---|

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | MARY SANCHEZ _____<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br><br>RADIUS GLOBAL SOLUTIONS, LLC _____<br>**Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | 20212003493 _____<br>**Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _____ **and I state**
*First, Middle, Last*

☐ **I served the** *Summons* **and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:
    Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family
    member or lives there:
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____
    And left it with: _____
    *First, Middle, Last*
    Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
    and by sending a copy to this defendant in a postage-paid, sealed envelope to the
    above address on _____ , 20 _____ .

    ☐ On the Corporation's agent, _____
    *First, Middle, Last*
    Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____

*FILED DATE: 10/12/2021 12:00 AM 20212003493*

Enter the Case Number given by the Circuit Clerk: 2021

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

\* 5 0 1 1 2 9 8 3 \*

_____

*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:** _____

*Signature by:*  ☐ Sheriff
☐ Sheriff outside Illinois

_____
*County and State*
☐ Special process server
☐ Licensed private detective

_____
*Print Name*

**FEES**

Service and Return: $ _____
Miles _____ $ _____
Total $ 0.00

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

FILED DATE: 10/12/2021 12:00 AM 20212003493

Hearing Date: 2/18/2022 9:00 AM - 9:00 AM
Courtroom Number: 0205
Location: District 2 Court
Cook County, IL

\* 5 0 1 1 2 9 8 3 \*

FILED
9/30/2021 4:43 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL

FILED DATE: 9/30/2021 4:43 PM  20212003493

### IN THE STATE OF ILLINOIS
### CIRCUIT COURT OF COOK COUNTY
### SECOND MUNICIPAL DISTRICT
### SKOKIE COURTHOUSE

MARY SANCHEZ, individually, and on
behalf of all others similarly situated,

    Plaintiff,

v.

RADIUS GLOBAL SOLUTIONS, LLC,

    Defendant.

Case No. 20212003493

## CLASS ACTION COMPLAINT

**NOW COMES** Plaintiff, MARY SANCHEZ, individually, and on behalf of all others similarly situated, through her undersigned counsel asserting the following claims against Defendant, RADIUS GLOBAL SOLUTIONS, LLC:

### NATURE OF THE ACTION

1. This action seeks redress for Defendant's violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

### JURISDICTION AND VENUE

2. This Court has general jurisdiction pursuant to 735 ILCS § 5/2-209.

3. The Venue is proper as majority of the events giving rise to this action occurred within Cook County, Illinois.

### PARTIES

4. MARY SANCHEZ, ("Plaintiff") is a natural person, over 18-years-of-age, who at all times relevant resided in this United States jurisdiction.

5. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3).

1



FILED DATE: 9/30/2021 4:43 PM   20212003493

6.     RADIUS GLOBAL SOLUTIONS, LLC ("Defendant") is a corporation organized under the laws of Minnesota.

7.     Defendant maintains its principal place of business in Minneapolis, Minnesota.

8.     Defendant specializes in the purchase and collection of debt.

9.     Defendant is a "debt collector" as defined by 15 U.S.C. § 1692a(6) because (1) the principal purpose of Defendant's business is the collection of debt, and (2) it regularly collects or attempts to collect debts owed or due or asserted to be owed or due another.

## FACTUAL ALLEGATIONS

10.     Prior to the event giving rise to this action, Plaintiff obtained a line of credit through a retail department store card which she opened at Nordstrom alleged ("Subject-Debt").

11.     Soon thereafter, the subject debt was either purchased by Defendant or placed with Defendant for collection.

12.     The subject debt is a "debt" as defined by 15 U.S.C. § 1692a(5) because it was incurred for personal, family, or household purposes.

13.     On or around August 19th, 2021 Defendant sent Plaintiff a dunning letter seeking to collect the subject debt ("Collection Letter").

14.     The Collection Letter is a "communication" as defined by 15 U.S.C. § 1692a(2).

15.     The Collection Letter was the first written communication sent by Defendant to Plaintiff.

16.     The Collection Letter depicted, in pertinent part:



* 5 0 1 1 2 9 8 3 *

FILED DATE: 9/30/2021 4:43 PM   20212003493



P.O. Box 390846
Minneapolis, MN 55439

radius Radius Global Solutions LLC

Radius Reference Number: 005-F14229430
Balance Due: $391.57



MARY A SANCHEZ
2115 DARROW AVE APT F
EVANSTON IL 60201-3067

Radius Global Solutions
P.O. Box 390846
Minneapolis, MN 55439

Customer Service: 866-513-1685 ext 3201

March 09, 2021
Radius Reference Number: 005-F14229430
Account #: ***********4809
Balance Due: $391.57

OFFICE HOURS: MON - FRI: 8AM - 5PM CENTRAL TIME
Creditor: Nordstrom Card Services

### We Would Like to Help You Resolve Your Account

Dear Mary A Sanchez,

On 03/08/21 Nordstrom Card Services authorized Radius Global Solutions to collect this debt on their behalf.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

We look forward to hearing from you.

Thank you,
Radius Global Solutions
866-513-1685 ext 3201

Payment Methods
Online: paymentportal.radiusgs.com using the account information referenced above and pin number 10403
Phone: 866-513-1685 ext 3201
Mail: P.O. Box 390846, Minneapolis, MN 55439

---

17.     Upon information and belief, Defendant's Letter was prepared and issued by a third-party vendor that Defendant hired for the sole purpose of preparing and issuing collection letters.

18.     Specifically, Defendant's Letter was mailed from the following address: P.O. BOX 390846 Minneapolis, MN 55439.

19.     Below and to the right were numerous bar codes listed.

20.     Specifically, the information regarding the P.O BOX of 390846 Minneapolis, MN 55439 was visible through the window pane of the envelope.

21.     Upon information and belief, the POX Box referenced in paragraph 20 belongs to the third-party vendor that prepared and mailed Defendant's Letter.



* 5 0 1 1 2 9 8 3 *

FILED DATE: 9/30/2021 4:43 PM   20212003493

22.     By hiring a third-party vendor to issue Defendant's Letter, Defendant unlawfully disclosed to the third-party that Plaintiff allegedly owed the subject debt.

23.     Information regarding Plaintiff and the subject debt, including the fact that Plaintiff allegedly owed the subject debt was disclosed.

24.     Furthermore, the fact that the PO Box was visible through the window pane of the envelope violated Plaintiff's privacy rights.

25.     Privacy about one's financial affairs are considered of the upmost importance to people.

26.     Upon information and belief, the third-party vendor then completed and populated information provided by Defendant into a template letter that was then delivered to Plaintiff (Defendant's Letter).

27.     The FDCPA defines "communication" at 15 U.S.C. § 1692a(3) as "the conveying of information regarding a debt directly or indirectly to any person through any medium." (emphasis added).

28.     Accordingly, the information sent from Defendant to the unknown third-party vendor was a "communication" as defined by the FDCPA.

29.     Defendant's communication to the unknown third-party vendor was in connection with the collection of a debt since the information was sent in an effort to facilitate collection of the subject debt.

30.     Plaintiff did not authorize Defendant to communicate with the third-party vendor regarding the subject debt.

31.     In limiting disclosures to third parties, the FDCPA states, at 15 U.S.C. § 1692c(b):

"Except as provided in section 1692b of this title, without the prior consent of the consumer given directly to the debt collector, or the express permission of a court of competent

4

* 5 0 1 1 2 9 8 3 *

jurisdiction, or as reasonably necessary to effectuate a post judgment judicial remedy, a debt collector may not communicate, in connection with the collection of any debt, with any person other than the consumer, his attorney, a consumer reporting agency if otherwise permitted by law, the creditor, the attorney of the creditor, or the attorney of the debt collector." (emphasis added).

32.     The third-party vendor used by Defendant to facilitate the collection of the subject debt does not fall within any of the exceptions prescribed by 15 U.S.C. § 1692c(b).

33.     The value of receiving truthful information about one's financial affairs—and the ill effects of receiving misleading information is great.

34.     Defendant's unlawful dissemination of highly personal information regarding Plaintiff's financial affairs invaded Plaintiff's privacy and violated the rights afforded to the Plaintiff by the FDCPA.

35.     Upon information and belief, Defendant utilizes third-party vendors to prepare and issue collection letters in an effort to reduce overhead costs and increase profits.

36.     Defendant's conscious decision to use third-party vendors demonstrates that it prioritizes its economic interests over the privacy rights afforded to consumers by the FDCPA.

37.     Concerned with having had her rights violated, Plaintiff was forced to retain counsel; therefore, expending time and incurring attorney's fees to vindicate her rights.

## CLASS ALLEGATIONS

38.     All paragraphs of this Complaint are expressly adopted and incorporated herein as though fully set forth herein.

39.     Plaintiff brings this action individually, and on behalf of all others similarly situated ("Putative Class").

40.     The Putative Class is defined as follows:

> All natural persons residing in Cook County (a) that received a correspondence from Defendant; (b) attempting to collect a consumer debt (c) using a collection letter as

5

FILED DATE: 9/30/2021 4:43 PM    20212003493

* 5 0 1 1 2 9 8 3 *

described in this matter; (d) within the one (1) year preceding the date of this complaint through the date of class certification.

41.     The following individuals are excluded from the Putative Class: (1) any Judge or presiding over this action and members of their families; (2) Defendant, Defendant's subsidiaries, parents, successors, predecessors, and any entity in which Defendant or its parents have a controlling interest and their current or former employees, officers and directors; (3) Plaintiff's attorneys; (4) persons who properly execute and file a timely request for exclusion from the Putative Class; (5) the legal representatives, successors or assigns of any such excluded persons; and (6) persons whose claims against Defendant have been fully and finally adjudicated and/or released.

**A.     Numerosity:**

42.     Upon information and belief, Defendant mailed hundreds of similar letters to consumers within Cook County, Illinois.

43.     The exact number of members of the Putative Class are unknown and not available to Plaintiff at this time, but it is clear that individual joinder is impracticable.

44.     Members of the Putative Class can be objectively identified from records of Defendant to be gained in discovery.

**B.     Commonality and Predominance:**

45.     There are many questions of law and fact common to the claims of Plaintiff and the Putative Class, and those questions predominate over any questions that may affect individual members of the Putative Class.

**C.     Typicality:**

46.     Plaintiff's claims are representative of the claims of other members of the Putative Class.

FILED DATE: 9/30/2021 4:43 PM    20212003493



* 5 0 1 1 2 9 8 3 *

47.     Plaintiff's claims are typical of members of the Putative Class because Plaintiff and members of the Putative Class received the same letter and are thus entitled to the same damages.

**D.     Superiority and Manageability:**

48.     This case is also appropriate for class certification as class proceedings are superior to all other available methods for the efficient and fair adjudication of this controversy.

49.     The damages suffered by the individual members of the Putative Class will likely be relatively small, especially given the burden and expense required for individual prosecution.

50.     By contrast, a class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

51.     Economies of effort, expense, and time will be fostered and uniformity of decisions ensured.

**E.     Adequate Representation:**

52.     Plaintiff will adequately and fairly represent and protect the interests of the Putative Class.

53.     Plaintiff has no interests antagonistic to those of the Putative Class, and Defendant has no defenses unique to Plaintiff.

54.     Plaintiff has retained competent and experienced counsel in consumer class action litigation.

**CLAIMS FOR RELIEF**

**COUNT I:**
**Fair Debt Collection Practices Act (15 U.S.C. § 1692 *et seq.*)**
**On Behalf of Plaintiff and the Putative Class Members**

55.     All Paragraphs of this Complaint are expressly adopted and incorporated herein as though fully set forth herein.

7

* 5 0 1 1 2 9 8 3 *

FILED DATE: 9/30/2021 4:43 PM  20212003493

### Violation(s) of 15 U.S.C. § 1692c

56.    Defendant violated 15 U.S.C. § 1692c(b) by unlawfully disclosing that Plaintiff owed the subject debt to its third-party vendor.

57.    As set forth above, Plaintiff's privacy rights were violated by Defendant's unlawful disclosure of information pertaining to the subject debt to a prohibited third party.

### Violation(s) of 15 U.S.C. § 1692f

58.    Pursuant to § 1692f of the FDCPA, a debt collector is prohibited from using "unfair or unconscionable means to collect or attempt to collect any debt.".

59.    Section § 1692f(8) of the FDCPA specifically prohibits a debt collector from:

> Using any language or symbol, other than the debt collector's address, on any envelope when communication with a consumer by use of the mails or by telegram, except that a debt collector may use his business name if such name does not indicate that he is in the debt collection business.

60.    Defendant violated § 1692f by employing unfair and unconscionable means to attempt to collect on a debt by using the bar code on the subject envelope sent to Plaintiff.

61.    The use of the PO Box visible through the window pane of the envelope violates 1692f(8) of the FDCPA as a matter of law because that section prohibits a debt collector from using any language other than the debt collector's address, on any envelope when communicating with a consumer.

62.    Plaintiff may enforce the provisions of the FDCPA pursuant to section k of the FDCPA (15 U.S.C. § 1692k) which provides "any debt collector who fails to comply with any provision of [the FDCPA] with respect to any person is liable to such person in an amount equal to the sum of -

(1)    any actual damage sustained by such person as a result of such failure;

(2)

* 5 0 1 1 2 9 8 3 *

FILED DATE: 9/30/2021 4:43 PM 20212003493

    (A)    in the case of any action by an individual, such additional damages as the court may allow, but not exceeding $1,000.00; or

(3)    in the case of any successful action to enforce the foregoing liability, the costs of the action, together with reasonable attorney's fees as determined by the court.

**WHEREFORE,** Plaintiff, on behalf of herself and the members of the putative class members requests the following relief:

A.    a finding that Defendant violated 15 U.S.C. § § 1692c(b) and f(8);

B.    an order certifying the proposed class and the appointment of Plaintiff as the class representative;

C.    an injunction prohibiting Defendant from sending similar unlawful collection letters to consumers;

D.    an award of statutory damages in the amount of $1,000 to each putative class member;

E.    an award of any actual damages sustained by Plaintiff as a result of Defendant's violation(s);

F.    an award of such additional damages, as the Court may allow, but not exceeding $1,000.00;

G.    an award of attorney's fees and costs; and

H.    an award of such other relief as this Court deems just and proper.



* 5 0 1 1 2 9 8 3 *

FILED DATE: 9/30/2021 4:43 PM 20212003493

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff demands a trial by jury.

Dated: September 30, 2021

Respectfully submitted,

**MARY SANCHEZ**

By: /s/ *Victor T. Metroff*

Victor T. Metroff, Esq.
Mohammed O. Badwan, Esq.
*Counsel for Plaintiff*
Cook County: 44817
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
(630) 575-8181
vmetroff@sulaimanlaw.com
mbadwan@sulaimanlaw.com
pleadings@sulaimanlaw.com

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

STATE OF ILLINOIS
CIRCUIT COURT

Cook _____ COUNTY

**SUMMONS**

*For Court Use Only*

\* 5 0 1 1 2 9 8 3 \*

FILED
10/12/2021 12:00 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20212003493

15154764

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | MARY SANCHEZ<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | RADIUS GLOBAL SOLUTIONS, LLC<br>**Defendant / Respondent** *(First, middle, last name)* | 20212003493<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| | |
|---|---|
| In **1a**, enter the name and address of a Defendant/ Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1.** **Defendant/Respondent's address and service information:**<br>a. Defendant/Respondent's primary address/information for service:<br>Name *(First, Middle, Last):*   Radius Global Solutions, LLC<br>Registered Agent's name, if any:   CT Corporation System<br>Street Address, Unit #:   208 S. LaSalle Street, Suite 814<br>City, State, ZIP:   Chicago, Illinois 60604<br>Telephone: _____   Email: _____ |
| In **1b**, enter a second address for Defendant/ Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name *(First, Middle, Last):* _____<br>Street Address, Unit #: _____<br>City, State, ZIP: _____<br>Telephone: _____   Email: _____ |
| In **1c**, check how you are sending your documents to Defendant/ Respondent. | c. Method of service on Defendant/Respondent:<br>☑ Sheriff   ☐ Sheriff outside Illinois: _____<br>                                              *County & State*<br>☐ Special process server   ☐ Licensed private detective |

FILED DATE: 10/12/2021 12:00 AM   20212003493

Enter the Case Number given by the Circuit Clerk: 2021 ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

FILED DATE: 10/12/2021 12:00 AM  20212003493

| | |
|---|---|
| In **2**, enter the amount of money owed to you. | **2.** **Information about the lawsuit:** <br> Amount claimed: $ _____      \* 5 0 1 1 2 9 8 3 \* |
| In **3**, enter your complete address, telephone number, and email address, if you have one. | **3.** **Contact information for the Plaintiff/Petitioner:** <br> Name *(First, Middle, Last):*   Mary Sanchez c/o Sulaiman Law Group, Ltd. <br> Street Address, Unit #:   2500 S. Highland Ave., Ste. 200 <br> City, State, ZIP:   Lombard, Illinois 60148 <br> Telephone:  (630) 575-8180     Email:   pleadings@sulaimanlaw.com |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. <br> To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4.** **Instructions for person receiving this *Summons* (Defendant):** <br> ☐   a.   To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served *(not counting the day of service)* by e-filing or at: <br> Address: _____ <br> City, State, ZIP: _____ |
| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.* <br><br> In **4b**, fill out: <br> • The court date and time the clerk gave you. <br> • The courtroom and address of the court building. <br> • The call-in or video information for remote appearances (if applicable). <br> • The clerk's phone number and website. All of this information is available from the Circuit Clerk. | ☑   b.   Attend court: <br> On:  02/18/2022    at  9:00    ☑ a.m. ☐ p.m. in  0205 <br>      *Date*           *Time*                    *Courtroom* <br> **In-person at:** <br><br> _____ <br> *Courthouse Address*     *City*         *State*    *ZIP* <br> **OR** <br> **Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"): <br>      By telephone:  312-626-6799 <br>              *Call-in number for telephone remote appearance* <br>      By video conference:  https://zoom.is/ <br>                   *Video conference website* <br>      ZOOM ACCESS CODE: 938 4189 3012     PASSWORD: 104531 <br>      *Video conference log-in information (meeting ID, password, etc.)* <br><br> Call the Circuit Clerk at:  (847) 470-7200      or visit their website <br>                    *Circuit Clerk's phone number* <br> at:  http://www.cookcountycourt.org/     to find out more about how to do this. <br>      *Website* |

| | |
|---|---|
| **STOP!** <br> The Circuit Clerk will fill in this section. | **Witness this Date:** _____ |
| | **Clerk of the Court:**   10/12/2021 12:00 AM IRIS Y. MARTINEZ |
| **STOP!** <br> The officer or process server will fill in the Date of Service. | **This *Summons* must be served within 30 days of the witness date.** <br><br> Date of Service: _____ <br> *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* |

This form is approved by the Illinois Supreme Court and is required to be accepted in all ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only *  5  0  1  2  9  8  3 * |
|---|---|---|

Cook _____ COUNTY

| Instructions | |
|---|---|
| Enter above the county name where the case was filed. | MARY SANCHEZ _____<br>**Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br><br>RADIUS GLOBAL SOLUTIONS, LLC _____<br>**Defendant / Respondent** *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

20212003493
**Case Number**

FILED DATE: 10/12/2021 12:00 AM   20212003493

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

My name is _____ and I state
First, Middle, Last

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ as follows:
First, Middle, Last

    ☐ Personally on the Defendant/Respondent:
    Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____
    And left it with: _____
        First, Middle, Last
    Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
    and by sending a copy to this defendant in a postage-paid, sealed envelope to the
    above address on _____ , 20 _____ .

    ☐ On the Corporation's agent, _____
        First, Middle, Last
    Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk: 2021‖‖‖‖‖‖‖

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

\* 5 0 1 1 2 9 8 3 \*

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |
|---|---|

| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | **By:** _____ *Signature by:* ☐ Sheriff ☐ Sheriff outside Illinois: _____ *County and State* ☐ Special process server ☐ Licensed private detective _____ *Print Name* | **FEES** Service and Return: $ _____ Miles _____ $ _____ Total $ 0.00 |

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

FILED DATE: 10/12/2021 12:00 AM 20212003493